# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DOUGLAS GRANT MORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action File |
| v. | ) |
| | ) No. 1:23-CV-04420-TWT |
| AUDI OF AMERICA, LLC, et. al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff in the above-named case hereby appeals to the United States Court of Appeals for the Eleventh Circuit from the Order Denying Plaintiff's Motion to Remand entered in this action on January 24, 2024 (Doc. 67).

This 7th day of February, 2024.

Respectfully submitted,

                                         **CONLEY GRIGGS PARTIN LLP**

                                         */s/ Cale Conley*
                                         CALE CONLEY
                                         Georgia Bar No. 181080
                                         DAVIS POPPER
                                         Georgia Bar No. 863530
                                         ALEX S. EDMONDS
                                         Georgia Bar No. 564605

4200 Northside Parkway, NW
Building One, Suite 300
Atlanta, Georgia 30327
Telephone:  (404) 467-1155
cale@conleygriggs.com
davis@conleygriggs.com
alex@conleygriggs.com

*Pro Hac Vice Motions to Be Filed For:*

**ABRAMS & ABRAMS, P.A.**

_/s/ *Noah B. Abrams*_____

Noah B. Abrams
State Bar Number 38735
1526 Glenwood Avenue
Raleigh, NC  27608
Telephone:  (919) 755-9166
NAbrams@abramslawfirm.com


**EDWARDS KIRBY, L.L.P.**

_/s/ *Winston S. Kirby*_____
Winston S. Kirby
State Bar Number 49316
Andrew C. Avram
State Bar Number 51106
3201 Glenwood Avenue, Suite 100
Raleigh, NC  27619
Telephone:  (919) 780-5400
wkirby@edwardskirby.com
aavram@edwardskirby.com

2

# **CERTIFICATE OF SERVICE**

Plaintiff this day served a copy of the foregoing pleading upon the below listed parties to this matter using the CM/ECF System:

Colin K. Kelly, Esq.
Caroline M. Gieser, Esq.
Timia A. Kelton, Esq.
Shook Hardy & Bacon LLP
1230 Peachtree Street, N.E., Suite 1200
Atlanta, GA 30309-3591
ckelly@shb.com
cgieser@shb.com
tskelton@shb.com
*Attorneys for Defendant Asbury Automotive Group, Inc., Volkswagen Group of America, Inc., Audi of America, LLC, Volkswagen AG & Audi, AG*

Stephanie Ford Capezzuto
Taylor English Duma, LLP
1600 Parkwood Circle
Suite 200
Atlanta, GA 30339
scapezzuto@taylorenglish.com
*Attorney for Defendants Grammer, Inc. and Grammer Industries, LLC*

C. Bradford Marsh
Myrece R. Johnson
Swift Currie McGhee & Hiers, LLP
1420 Peachtree Street, NE
Suite 800
Atlanta, GA 30309
Brad.marsh@swiftcurrie.com
Myrece.johnson@swiftcurrie.com
*Attorneys for Defendant NHK Seating of America, Inc.*

Christopher S. Anulewicz
Bradley Arant Boult Cummings LLP
Promenade Tower, 20th Floor
1230 Peachtree Street, NE
Atlanta, GA 30309
canulewicz@bradley.com
*Attorneys for Defendant Brose North America, Inc.*

James L. Hollis
Hugh Peterson III
Balch & Bingham LLP
30 Ivan Allen Jr. Blvd. NW, Suite 700
Atlanta, GA 30308
jhollis@balch.com
hpeterson@balch.com
*Attorneys for Defendant Lear Corporation*

Michael R. Boorman
Watson Spence LLP
999 Peachtree Street, NE
Suite 1130
Atlanta, GA 30309
mboorman@watsonspence.com

Deborah J. Bullion
Gascoyne & Bullion, PC
77 Sugar Creek Center Blvd.
Suite 28
Sugar Land, TX 77478
dbullion@gbpclaw.com
*Attorneys for Defendants Faurecia Automotive Seating, LLC, Faurecia USA Holdings, Inc. & FNK North American, Inc.*

This 7th day of February, 2024.

                                    **CONLEY GRIGGS PARTIN LLP**

                                    */s/Cale Conley*
                                    Cale Conley
                                    Georgia Bar No. 181080